JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S&R Global Inc., a California Corporation d/b/a Saint & Hearts,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>Sun "Sunny" J. Park, an individual; Hye "May" J. Park, an individual; Heartbox, Inc. a California Corporation d/b/a Wisteria Lane; DOES 1-10 inclusive,<br><br>　　　　　　Defendants. | Case No. 2:23-cv-05116-MCS-AGR<br><br>**JUDGMENT** |
| Hye "May" J. Park,<br><br>　　　　　　Counterclaimant,<br><br>　　　v.<br><br>S&R Global Inc., a California Corporation d/b/a Saint & Hearts,<br><br>　　　　　　Counterclaim defendant. | |

1

Pursuant to the Court's Order Dismissing Case, it is ordered, adjudged, and decreed that this case is dismissed without prejudice. No party shall take anything from this action.

**IT IS SO ORDERED.**

Dated: October 24, 2024

*Mark C. Scarsi*

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE